UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER HASSELSWERTH,<br><br>                Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>                Defendant. | Case No. C18-424 RAJ<br><br>**ORDER EXTENDING TIME TO FILE A NOTICE OF APPEAL** |

This matter comes before the Court on Plaintiff's Motion for Extension of Time to Appeal. Dkt. 14. Pursuant to Federal Rule of Appellate Procedure 4(a)(5), the Court **GRANTS** Plaintiff's motion. Plaintiff shall have up to and including **February 11, 2019**, to file a notice of appeal.

DATED this 14th day of January, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER EXTENDING TIME TO FILE A NOTICE OF APPEAL - 1